AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | United States Courts<br>Southern District of Texas<br>FILED<br>*April 10, 2026*<br>Nathan Ochsner, Clerk of Court |
| v. | ) | |
| Clint Edward PRIBYL | ) | Case No.  **4:26-mj-245** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 10, 2026___ in the county of ___Harris___ in the
___Southern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) & (b)(1)(A)(viii) | Knowingly, intentionally, and unlawfully possess with intent to distribute over 500 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Andrew Alvarez*
*Complainant's signature*

Andrew Alvarez, FBI Task Force Officer
*Printed name and title*

Sworn to before me telephonically.

Date:  ___04/10/2026___

*Peter Bray*
*Judge's signature*

City and state:  ___Houston, Texas___

Peter Bray, U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

I, Andrew Alvarez, your affiant, being duly sworn, depose and state the following:

I am a Task Force Officer assigned to the Federal Bureau of Investigation (FBI) in Texas City, Texas.  I have been employed as a federal law enforcement officer since October 2025.  I have knowledge and experience in various types of investigations, to include narcotics trafficking and bulk-cash smuggling investigations.

From in or about November 2025, FBI Agents, Pearland Police Department (PPD) and Houston Police Department (HPD) Officers began an investigation into Clint Edward PRIBYL (PRIBYL), who is believed to be a methamphetamine and fentanyl distributor in Houston, Texas. Agents identified PRIBYL's residence to be at 212 Super Street in Houston, Texas. Agents also learned that PRIBYL was driving a 2002 Black Mercedes-Benz.

On April 10, 2026, FBI Houston Coastal Safe Streets executed search warrants on PRIBYL's residence at 212 Super St., PRIBYLS's Mercedes-Benz, and a second residence also located at 212 Super St. in Houston, Texas, that is believed to be occupied by another individual.

During the course of the search of PRIBYL's residence, agents discovered approximately 30 kilograms of suspected methamphetamine and 2 kilograms of suspected fentanyl within a locked safe.

After the discovery of the narcotics, officers approached PRIBYL, who was on foot and carrying a backpack, at 3811 Link Valley Dr. Houston, Harris County, Texas. Officers detained PRIBYL so they could take him back to his residence and question him regarding the narcotics that were discovered. At that time, officers detected the odor of marijuana emitting from PRIBYL's backpack. A subsequent search of the backpack resulted in the discovery of approximately one kilogram of suspected methamphetamine and two ounces of heroin.

Andrew Alvarez
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed telephonically on this the 10th day of April 2026, and I do hereby find probable cause.

Peter Bray
United States Magistrate Judge